## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| NORTH AMERICAN INTERPIPE, INC.,<br>    *Plaintiff,*<br>v.<br>UNITED STATES,<br>    *Defendant.* | Ct. No. 20-03825<br><br>Before: M. Miller Baker, Judge |

### ORDER

The court has received the government's motion (ECF 47) for a voluntary remand and to stay its deadline for responding to Plaintiff's motion to compel discovery (ECF 37). It is hereby **ORDERED** as follows:

1.    The government's obligation to respond to Plaintiff's motion to compel discovery is stayed until the court rules upon the government's motion for a voluntary remand. If the court denies the remand motion, the government is to file its response to the motion to compel within 21 days of such order.

2.    The court previously ordered (ECF 41) the parties to file a joint status report and proposed briefing schedule no later than July 16, 2021. In view of the pending motion for voluntary remand, the court hereby stays the parties' obligation to make such a filing until the court rules upon the remand motion. If the court denies the remand motion, the parties are to file a joint status report and proposed briefing schedule within 21 days of such order.

3.    The parties' Rule 56.1 briefing will cite to administrative record materials included in a joint appendix.

4.     Preparation of the joint appendix and determination of its contents will be governed by the chambers-specific instructions set forth on the court's website applicable to cases filed under 28 U.S.C. § 1581(c).[1]

5.     Counsel are to review the joint appendix instructions and decide which appendix preparation method to use. The joint status report is to advise the court which method the parties select and the proposed briefing schedule should incorporate the appropriate deadlines relevant to the selected method.

Dated:      July 15, 2021                          /s/ *M. Miller Baker*
            New York, New York                      M. Miller Baker, Judge

---

[1] https://www.cit.uscourts.gov/sites/cit/files/Joint%20Appendix%20Preparation%20in%20Cases%20Assigned%20to%20Judge%20Baker.pdf.