FORM 3. Notice of Appeal from the United States Court of International Trade  Form 3
July 2020

## UNITED STATES COURT OF INTERNATIONAL TRADE

N. Am. Interpipe, Inc.

_____ , **Plaintiff,**

United States    v.    Case No. 20-03825

_____ , **Defendant.**

### NOTICE OF APPEAL

Notice is hereby given that the following party/parties* proposed intervenor United States Steel Corporation in the above-named case hereby appeal(s) to the United States Court of Appeals for the Federal Circuit the final judgment or an order entered in this action on 05/25/2021.

Date: 07/23/2021

Signature: /s/ Matthew McConkey
Name: Matthew McConkey
Address: Mayer Brown, LLP
1999 K Street N.W.
Washington, DC 20006
Phone Number: 202-263-3000
Email Address: MMcConkey@mayerbrown.com

*See Fed. R. App. P. 3(c) for permissible ways of identifying appellants.