UNITED STATES COURT OF INTERNATIONAL TRADE

| Court No. 20-03825 | Court No. 20-03869 |
|---|---|
| N. AM. INTERPIPE, INC., *Plaintiff*, v. UNITED STATES, *Defendant*. | EVRAZ INC. NA, *et ano.*, *Plaintiffs*, v. UNITED STATES, *Defendant*. |
| Court No. 20-03923 ALLEGHENY TECHS. INCORPORATED, *et ano.*, *Plaintiffs*, v. UNITED STATES, *Defendant*. | |

Before: M. Miller Baker, Judge

**ORDER CONTINUING MEDIATION REFERRAL**

Consistent with the court's prior orders referring these matters to mediation before Judge Leo M. Gordon under USCIT Rule 16.1, it is hereby **ORDERED** that the periods for the parties to conclude the mediation process are extended until February 15, 2022; it is further **ORDERED** that the current stays of proceedings will remain in effect until the mediation process is concluded; and it is further **ORDERED** that all other provisions of the prior orders referring these matters to mediation remain in effect without modification.

Dated: December 16, 2021  
New York, New York

/s/ *M. Miller Baker*  
M. Miller Baker, Judge