Form M-2-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**     FORM   M-2

| NORTH AMERICAN INTERPIPE, INC., |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

**Court No.:**  20-03825

**REPORT OF MEDIATION**

That pursuant to the Order of Referral dated  September 15, 2021   in this case, I served as Judge Mediator for the mediation process between the parties in this case.  The process was concluded on February 3, 2022                 ;

    ✓   The mediation resulted in a settlement of all issues;

    ___ The mediation resulted in a partial settlement;

    ___ The mediation did not result in a settlement;

    /s/ Leo M. Gordon
    (Name)
    Judge Mediator

DATED:   February 4, 2022
             New York, New York

(Added Sept. 30, 2003, eff. Jan. 1, 2004; Dec. 6, 2011, eff. Jan. 1, 2012.)